# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-941
_____

STEVEN IVEY,

Appellant,

v.

RICHARD CORCORAN,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

August 30, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., BILBREY, J., and SHARRIT, MICHAEL S., ASSOCIATE JUDGE, concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Steven Ivey, pro se, Appellant.

Jason D. Borntreger, Office of the General Counsel, Florida Department of Education, Tallahassee, for Appellee.